UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY GLEASON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>M. BOBBALA, et al.,<br><br>　　　　Respondents. | No.  2:20-cv-00406 JAM GGH P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's April 6, 2020 dismissal of his application for a writ of habeas corpus for failure to state a claim. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

Where, as here, the petition was dismissed for failure to state a claim, a certificate of appealability "should issue . . . if the prisoner can shows, at least, [1] that jurists of reason would find it debatable whether the petition states a valid claim for the denial of a constitutional right, and [2] that jurists of reason would find it debatable whether the district court was correct in its

1  procedural ruling." Petrocelli v. Angelone, 248 F.3d 877, 883-84 (9th Cir. 2001) (citing Slack v.
2  McDaniel, 529 U.S. 473, 120 S. Ct. 1595, 1600-01, 1604 (2000)).
3      After careful review of the entire record herein, this court finds that petitioner has not
4  satisfied the first requirement for issuance of a certificate of appealability in this case.
5  Specifically, there is no showing that jurists of reason would find it debatable whether the petition
6  should have been resolved in a different manner. Accordingly, a certificate of appealability
7  should not issue in this action.
8      IT IS SO ORDERED.
9  DATED: June 9, 2020
10     /s/ John A. Mendez_____
11     UNITED STATES DISTRICT COURT JUDGE